IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01885-MJW-KLM

DAVID J. PFAHLER and,
MARLENE AMBROGIO,

    Plaintiffs,

v.

ROBB SWIMM, Custodian for Scott Swimm, and
SCOTT SWIMM, Individually,

    Defendants.

---

**ORDER REGARDING PLAINTIFFS' MOTION TO AMEND COMPLAINT
(DOCKET NO. 37 )**

---

This case is before this court on Plaintiffs' Motion to Amend Complaint (docket no. 37). The court has reviewed the subject motion (docket no. 37) and the response (docket no. 38) thereto. In addition, the court has taken judicial notice of the court's file and has further considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law and order.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Federal Rule of Civil Procedure 15(a) provides that a party may amend its pleadings after the time for amending as a matter of right has passed "only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). A court may deny a motion for leave to

amend where, among other reasons, "amendment would be futile." Jefferson County Sch. Dist. No. R-1 v. Moody's Investor's Servs., Inc., 175 F. 3d 848, 859 (10th Cir. 1999). "A proposed amendment is futile if the complaint, as amended, would be subject to dismissal for any reason, including that the amendment would not survive a motion for summary judgment. Watson v. Beckel, 242 F. 3d 1237, 1239-40 (10th Cir. 2001). A court faced with a challenge to a motion to amend based on the futility defense therefore will "consider the sufficiency of the claims that the moving party seeks to add" in the party's proposed amended complaint. Moody's, 175 F. 3d at 859.

In this case, Plaintiffs has demonstrated good cause to amend the complaint and justice so requires.

ORDER

WHEREFORE, based upon these findings of fact and conclusions of law, this court ORDERS:

1. That Plaintiffs' Motion to Amend Complaint (Docket No. 37) is GRANTED and that the Amended Complaint is accepted for filing as of the date of this Order;

2. That each party shall pay their own attorney fees and costs for this motion.

Done this 7th day of May 2008.

BY THE COURT

S/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE