IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No: 07-CV-01885-MJW-KLM

DAVID J. PFAHLER and
MARLENE AMBROGIO

    Plaintiffs,

v.

Scott Swimm, a minor, by and through his parent and legal guardian, Robb Swimm; and Robb Swimm, individually

    Defendants

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
## (DN 44)

THIS MATTER, having come before the Court pursuant to the Parties' Stipulation to Dismiss With Prejudice, and the Court being fully apprised in the premises;

IT IS HEREBY ORDERED: The Stipulation for Dismissal With Prejudice is hereby GRANTED. All claims between the Parties in this matter are hereby dismissed with prejudice, each Party to pay his/her own costs and attorneys' fees.

DONE AND SIGNED THIS 24th DAY OF JUNE, 2008

                              BY THE COURT:

                              s/Michael J. Watanabe

                              MICHAEL J. WATANABE
                              U.S. Magistrate Judge